# Notice Recipients

District/Off: 0208−4    User: admin    Date Created: 7/31/2024
Case: 24−35756−kyp    Form ID: 309A    Total: 54

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Leslie Robinson | 196 DuBois Rd Apt 1B    Catskill, NY 12414 |
| ust | United States Trustee | Office of the United States Trustee    11A Clinton Ave.    Room 620    Albany, NY 12207 |
| tr | Christian H. Dribusch | Christian H. Dribusch, Ch. 7 Trustee    187 Wolf Road, Suite 300−20    Albany, NY 12205 |
| aty | Brian Juran | 654 Aaron Court    Kingston, NY 12401 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| 8490518 | AFFIRM, INC. | 650 CALIFORNIA ST FL 12    SAN FRANCISCO, CA 94108 |
| 8490517 | AFFIRM, INC. | ATTN: BANKRUPTCY    650 CALIFORNIA ST, FL 12    SAN FRANCISCO, CA 94108 |
| 8490519 | ASPIRE CREDIT CARD | ATTN: BANKRUPTCY    PO BOX 105555    ATLANTA, GA 30348 |
| 8490520 | ASPIRE CREDIT CARD | PO BOX 105555    ATLANTA, GA 30348 |
| 8490521 | AVANT/WEBBANK | 222 NORTH LASALLE STREET    SUITE 1600    CHICAGO, IL 60601 |
| 8490522 | AVANT/WEBBANK | 222 W MERCHANDISE MART PLAZA    CHICAGO, IL 60654 |
| 8490523 | CAPITAL ONE | ATTN: BANKRUPTCY    PO BOX 30285    SALT LAKE CITY, UT 84130 |
| 8490524 | CAPITAL ONE | PO BOX 31293    SALT LAKE CITY, UT 84131 |
| 8490526 | CHASE AUTO FINANCE | 700 KANSAS LANE    MONROE, LA 71203 |
| 8490525 | CHASE AUTO FINANCE | ATTN: BANKRUPTCY    700 KANSAS LANE LA    MONROE, LA 71203 |
| 8490527 | CITIBANK/THE HOME DEPOT | CITICORP CR SRVS/CENTRALIZED BANKRUPTCY    PO BOX 790040    ST LOUIS, MO 63179 |
| 8490528 | CITIBANK/THE HOME DEPOT | PO BOX 6497    SIOUX FALLS, SD 57117 |
| 8490530 | COASTL/PROSP | 221 MAIN STREET    SAN FRANCISCO, CA 94105 |
| 8490529 | COASTL/PROSP | ATTN: BANKRUPTCY DEPT    221 MAIN STREET, STE 400    SAN FRANCISCO, CA 94105 |
| 8490531 | COMENITY BANK/KAY JEWELERS | ATTN: BANKRUPTCY    PO BOX 182125    COLUMBUS, OH 43218 |
| 8490532 | COMENITY BANK/KAY JEWELERS | PO BOX 182789    COLUMBUS, OH 43218 |
| 8490533 | COMENITY CAPITAL BANK/HSN | ATTN: BANKRUPTCY    PO BOX 182125    COLUMBUS, OH 43218 |
| 8490534 | COMENITY CAPITAL BANK/HSN | PO BOX 182120    COLUMBUS, OH 43218 |
| 8490535 | CONTINENTAL FINANCE CO | ATTN: BANKRUPTCY    4550 LINDEN HILL RD, STE 4    WILMINGTON, DE 19808 |
| 8490536 | CONTINENTAL FINANCE CO | POB 8099    NEWARK, DE 19714 |
| 8490538 | CONTINENTAL FINANCE COMPANY | 4550 NEW LINDEN HILL ROAD    WILMINGTON, DE 19808 |
| 8490537 | CONTINENTAL FINANCE COMPANY | ATTN: BANKRUPTCY    4550 NEW LINDEN HILL RD    WILMINGTON, DE 19808 |
| 8490539 | CREDIT ACCEPTANCE | ATTN: BANKRUPTCY    25505 WEST 12 MILE ROAD STE 3000    SOUTHFIELD, MI 48034 |
| 8490540 | CREDIT ACCEPTANCE | PO BOX 5070    SOUTHFIELD, MI 48086 |
| 8490541 | CREDIT ONE BANK | ATTN: BANKRUPTCY DEPARTMENT    6801 CIMARRON RD    LAS VEGAS, NV 89113 |
| 8490542 | CREDIT ONE BANK | PO BOX 98872    LAS VEGAS, NV 89193 |
| 8490544 | FINGERHUT | 13300 PIONEER TRAIL    EDEN PRAIRIE, MN 55347 |
| 8490543 | FINGERHUT | ATTN: BANKRUPTCY    6250 RIDGEWOOD ROAD    SAINT CLOUD, MN 56303 |
| 8490546 | FINGERHUT FETTI/WEBBANK | 13300 PIONEER TRAIL    EDEN PRAIRIE, MN 55347 |
| 8490545 | FINGERHUT FETTI/WEBBANK | ATTN: BANKRUPTCY    6250 RIDGEWOOD ROAD    SAINT CLOUD, MN 56303 |
| 8490547 | FORTIVA | ATTN: BANKRUPTCY    PO BOX 105555    ATLANTA, GA 30348 |
| 8490548 | FORTIVA | PO BOX 105555    ATLANTA, GA 30348 |
| 8490549 | GENESIS FS CARD SERVICES | ATTN: BANKRUPTCY    PO BOX 4477    BEAVERTON, OR 97076 |
| 8490550 | GENESIS FS CARD SERVICES | PO BOX 4499    BEAVERTON, OR 97076 |
| 8490551 | MERCURY/FBT | ATTN: BANKRUPTCY    PO BOX 84064    COLUMBUS, GA 31908 |
| 8490552 | MERCURY/FBT | PO BOX 84064    COLUMBUS, GA 31908 |
| 8490553 | MERRICK BANK CORP | PO BOX 9201    OLD BETHPAGE, NY 11804 |
| 8490554 | MISSION LANE LLC | ATTN: BANKRUPTCY    P.O. BOX 105286    ATLANTA, GA 30348 |
| 8490555 | MISSION LANE LLC | PO BOX 105286    ATLANTA, GA 30348 |
| 8490556 | NELNET | ATTN: CLAIMS    PO BOX 82505    LINCOLN, NE 68501 |
| 8490557 | NELNET | PO BOX 82561    LINCOLN, NE 68501 |
| 8490558 | SARATOGA NATIONAL BANK | 250 GLEN STREET    GLENS FALLS, NY 12801 |
| 8490559 | SYNCB/ZULILY | ATTN: BANKRUPTCY    PO BOX 965060    ORLANDO, FL 32896 |
| 8490560 | SYNCB/ZULILY | PO BOX 71740    PHILADELPHIA, PA 19176 |

| | | | | |
|---|---|---|---|---|
| 8490561 | U.S. DEPARTMENT OF EDUCATION | ECMC/ATTN: BANKRUPTCY | P.O. BOX 16408 | SAINT PAUL, MN 55116 |
| 8490562 | U.S. DEPARTMENT OF EDUCATION | PO BOX 5609 | GREENVILLE, TX 75403 | |
| 8490563 | VERIZON WIRELESS | ATTN: BANKRUPTCY | 500 TECHNOLOGY DR, STE 599 | WELDON SPRINGS, MO 63304 |
| 8490564 | VERIZON WIRELESS | NATIONAL RECOVERY OPERATIONS | MINNEAPOLIS, MN 55426 | |

TOTAL: 54