# Notice Recipients

District/Off: 0208–4          User: admin          Date Created: 10/22/2024
Case: 24–35756–kyp          Form ID: 155new          Total: 54

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.PK.ECF@USDOJ.GOV |
| aty | Brian Juran | juranlaw@msn.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Leslie Robinson | 196 DuBois Rd Apt 1B   Catskill, NY 12414 |
| tr | Christian H. Dribusch | Christian H. Dribusch, Ch. 7 Trustee   187 Wolf Road, Suite 300–20   Albany, NY 12205 |
| smg | United States Attorney's Office | Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551   Albany, NY 12201–0551 |
| 8490518 | AFFIRM, INC. | 650 CALIFORNIA ST FL 12   SAN FRANCISCO, CA 94108 |
| 8490517 | AFFIRM, INC. | ATTN: BANKRUPTCY   650 CALIFORNIA ST, FL 12   SAN FRANCISCO, CA 94108 |
| 8490519 | ASPIRE CREDIT CARD | ATTN: BANKRUPTCY   PO BOX 105555   ATLANTA, GA 30348 |
| 8490520 | ASPIRE CREDIT CARD | PO BOX 105555   ATLANTA, GA 30348 |
| 8490521 | AVANT/WEBBANK | 222 NORTH LASALLE STREET   SUITE 1600   CHICAGO, IL 60601 |
| 8490522 | AVANT/WEBBANK | 222 W MERCHANDISE MART PLAZA   CHICAGO, IL 60654 |
| 8490523 | CAPITAL ONE | ATTN: BANKRUPTCY   PO BOX 30285   SALT LAKE CITY, UT 84130 |
| 8490524 | CAPITAL ONE | PO BOX 31293   SALT LAKE CITY, UT 84131 |
| 8490526 | CHASE AUTO FINANCE | 700 KANSAS LANE   MONROE, LA 71203 |
| 8490525 | CHASE AUTO FINANCE | ATTN: BANKRUPTCY   700 KANSAS LANE LA   MONROE, LA 71203 |
| 8490527 | CITIBANK/THE HOME DEPOT | CITICORP CR SRVS/CENTRALIZED BANKRUPTCY   PO BOX 790040   ST LOUIS, MO 63179 |
| 8490528 | CITIBANK/THE HOME DEPOT | PO BOX 6497   SIOUX FALLS, SD 57117 |
| 8490530 | COASTL/PROSP | 221 MAIN STREET   SAN FRANCISCO, CA 94105 |
| 8490529 | COASTL/PROSP | ATTN: BANKRUPTCY DEPT   221 MAIN STREET, STE 400   SAN FRANCISCO, CA 94105 |
| 8490531 | COMENITY BANK/KAY JEWELERS | ATTN: BANKRUPTCY   PO BOX 182125   COLUMBUS, OH 43218 |
| 8490532 | COMENITY BANK/KAY JEWELERS | PO BOX 182789   COLUMBUS, OH 43218 |
| 8490533 | COMENITY CAPITAL BANK/HSN | ATTN: BANKRUPTCY   PO BOX 182125   COLUMBUS, OH 43218 |
| 8490534 | COMENITY CAPITAL BANK/HSN | PO BOX 182120   COLUMBUS, OH 43218 |
| 8490535 | CONTINENTAL FINANCE CO | ATTN: BANKRUPTCY   4550 LINDEN HILL RD, STE 4   WILMINGTON, DE 19808 |
| 8490536 | CONTINENTAL FINANCE CO | POB 8099   NEWARK, DE 19714 |
| 8490538 | CONTINENTAL FINANCE COMPANY | 4550 NEW LINDEN HILL ROAD   WILMINGTON, DE 19808 |
| 8490537 | CONTINENTAL FINANCE COMPANY | ATTN: BANKRUPTCY   4550 NEW LINDEN HILL RD   WILMINGTON, DE 19808 |
| 8490539 | CREDIT ACCEPTANCE | ATTN: BANKRUPTCY   25505 WEST 12 MILE ROAD STE 3000   SOUTHFIELD, MI 48034 |
| 8490540 | CREDIT ACCEPTANCE | PO BOX 5070   SOUTHFIELD, MI 48086 |
| 8490541 | CREDIT ONE BANK | ATTN: BANKRUPTCY DEPARTMENT   6801 CIMARRON RD   LAS VEGAS, NV 89113 |
| 8490542 | CREDIT ONE BANK | PO BOX 98872   LAS VEGAS, NV 89193 |
| 8490544 | FINGERHUT | 13300 PIONEER TRAIL   EDEN PRAIRIE, MN 55347 |
| 8490543 | FINGERHUT | ATTN: BANKRUPTCY   6250 RIDGEWOOD ROAD   SAINT CLOUD, MN 56303 |
| 8490546 | FINGERHUT FETTI/WEBBANK | 13300 PIONEER TRAIL   EDEN PRAIRIE, MN 55347 |
| 8490545 | FINGERHUT FETTI/WEBBANK | ATTN: BANKRUPTCY   6250 RIDGEWOOD ROAD   SAINT CLOUD, MN 56303 |
| 8490547 | FORTIVA | ATTN: BANKRUPTCY   PO BOX 105555   ATLANTA, GA 30348 |
| 8490548 | FORTIVA | PO BOX 105555   ATLANTA, GA 30348 |
| 8490549 | GENESIS FS CARD SERVICES | ATTN: BANKRUPTCY   PO BOX 4477   BEAVERTON, OR 97076 |
| 8490550 | GENESIS FS CARD SERVICES | PO BOX 4499   BEAVERTON, OR 97076 |
| 8490551 | MERCURY/FBT | ATTN: BANKRUPTCY   PO BOX 84064   COLUMBUS, GA 31908 |
| 8490552 | MERCURY/FBT | PO BOX 84064   COLUMBUS, GA 31908 |
| 8490553 | MERRICK BANK CORP | PO BOX 9201   OLD BETHPAGE, NY 11804 |
| 8490554 | MISSION LANE LLC | ATTN: BANKRUPTCY   P.O. BOX 105286   ATLANTA, GA 30348 |
| 8490555 | MISSION LANE LLC | PO BOX 105286   ATLANTA, GA 30348 |
| 8490556 | NELNET | ATTN: CLAIMS   PO BOX 82505   LINCOLN, NE 68501 |
| 8490557 | NELNET | PO BOX 82561   LINCOLN, NE 68501 |
| 8490558 | SARATOGA NATIONAL BANK | 250 GLEN STREET   GLENS FALLS, NY 12801 |

| | | | | |
|---|---|---|---|---|
| 8490559 | SYNCB/ZULILY | ATTN: BANKRUPTCY | PO BOX 965060 | ORLANDO, FL 32896 |
| 8490560 | SYNCB/ZULILY | PO BOX 71740 | PHILADELPHIA, PA 19176 | |
| 8490561 | U.S. DEPARTMENT OF EDUCATION | ECMC/ATTN: BANKRUPTCY | P.O. BOX 16408 | SAINT PAUL, MN 55116 |
| 8490562 | U.S. DEPARTMENT OF EDUCATION | PO BOX 5609 | GREENVILLE, TX 75403 | |
| 8490563 | VERIZON WIRELESS | ATTN: BANKRUPTCY | 500 TECHNOLOGY DR, STE 599 | WELDON SPRINGS, MO 63304 |
| 8490564 | VERIZON WIRELESS | NATIONAL RECOVERY OPERATIONS | MINNEAPOLIS, MN 55426 | |

TOTAL: 52